IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK R. ZANA,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 85085

FILED

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a purported district court order denying a motion to strike the state's opposition. Because no statute or court rule permits an appeal from such an order in a criminal matter, this court lacks jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:  Hon. Crystal Eller, District Judge
     Mark R. Zana
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

22-25139